Pro S. 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Tarrant County Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 1 6 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Nzingha Bluefoot Dey : In Propria Persona ( Natural Person)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Texas Department of Health and Human Services/ Vital Statistics et al
Ceclie Erwin Young 14th Amendment Citizen (acting as) Executive Commissioner
Cynthia E. Hernandez ( Bar #24076433) 14th Amendment Citizen (acting as) Attorney
Patsy Cortez 14th Amendment Citizen (acting as) Adminstrator Secretary
Tara Das 14th Amendment Citizen (acting as) Texas State Registrar
Danielle Ayala 14th Amendment Citizen (acting as) Section Coordinator
Denzel Lofton 14th Amendment U.S. (acting as) Administrator Coordinator

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

4-23CV-176-0

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nzingha Bluefoot Dey : In Propria Persona ( Natural Person) |
| Street Address | 820 S. MacArthur Blvd , Suite 105 |
| City and County | Dallas (Dallas) |
| State and Zip Code | Texas 75019 |
| Telephone Number | 469-604-5002 |
| E-mail Address | nzinghadey@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

**Defendant No. 1**

| | |
|---|---|
| Name | Cecile Erwin Young, 14th Amendment U.S. corporate-Stateless Person female |
| Job or Title *(if known)* | (Acting as )Executive Commissioner of Texas Department of Human Services/ Vital Statistics |
| Street Address | 1100 West 49th Street |
| City and County | Austin ( Travis County) |
| State and Zip Code | Texas 78756-3199 |
| Telephone Number | 512-776-7111 |
| E-mail Address *(if known)* | unknown |

**Defendant No. 2**

| | |
|---|---|
| Name | Cynthia E. Hernandez, 14th Amendment Citizen U.S. corporate citizen -stateless female |
| Job or Title *(if known)* | (acting as) Administrative Attorney |
| Street Address | 1100 West 49th Street, Mail Code 1919 |
| City and County | Austin ( Travis County) |
| State and Zip Code | Texas 78756 |
| Telephone Number | 737-262-9135 |
| E-mail Address *(if known)* | generalcounsel@dshs.texas.gov |

**Defendant No. 3**

| | |
|---|---|
| Name | Danielle Ayala, 14th Amendment Citizen U.S.corporate citizen person female |
| Job or Title *(if known)* | (acting as) Section Coordinator Administrative Clerk |
| Street Address | 1100 West 49th Street |
| City and County | Austin ( Travis County) |
| State and Zip Code | Texas 78756-3199 |
| Telephone Number | 512-776-2923 |
| E-mail Address *(if known)* | Danielle.Ayala@dshs.texas.gov |

**Defendant No. 4**

| | |
|---|---|
| Name | Patsy Cortez, 14th Amendment U.S.corporate citizen-stateless person female |
| Job or Title *(if known)* | (acting as) Administrative Clerk |
| Street Address | 1100 West 49th Street |
| City and County | Austin ( Travis County) |
| State and Zip Code | Texas 78756 |
| Telephone Number | 512-776-7376 |
| E-mail Address *(if known)* | unknown |

**Additional Names of Defendants United States Northern District Court of Texas**

Nzingha Bluefoot:Dey In Propria Persona                    Case Number:_____

Vs

Texas Department of Health and Human Services/ Vital Statistics et al

**Name:** Tara Das, 14th Amendment Citizen U.S. corporate citizen person female

**Job or Title:** (acting as ) Administrative Attorney

**Street Address:** 1100 West 49th Street

**City and County:** Austin ( Travis County)

**State and Zip Code:** Texas 78756

**Telephone Number:** 512-776-7646

**Email:** Unknown


**Name:** Denzel Lofton, 14th Amendment Citizen U.S. corporate citizen person male

**Job or Title:** (acting as) Administrator Clerk

**Street Address:** 1100 West 49th Street

**City and County:** Austin ( Travis County)

**State and Zip Code:** Texas 78756

**Telephone Number :** 512-776-7646

**Email:** denzel.lofton@dshs.texas.gov

Pro S. 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treaty of Madrid 1880 which is an agreetment between Morocco (America)and European Powers Article 5.
Treaty of Peace and Friendship 1836
United States Constitution Article 1 Section 3 and Article VI clause 2 Supremacy Clause
Title10 USC 921 Article 121 section (a)(1)
Title 8 USC 1503 Denial of Rights and Privileges as National, Race , Ethnicity Discrimination

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Texas Department of Health and Human Service Vital Statistics , is incorporated under the laws of the State of *(name)* Texas , and has its principal place of business in the State of *(name)* Texas

Or is incorporated under the laws of *(foreign nation)* United States Corporation Company # 100009 and has its principal place of business in *(name)* 251 Little Falls Drive, Wilmington DE 19808

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Under the Treaty of Madrid 1880 and the Treaty of Peace and Friendship1836 which is a contractual agreement that taxation is due to the landowners with applied punitive damages for mental anguish for theft, stolen identity ,misplacement,denial the correction of v

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 08/29/2022 a package was sent via certified mail sign receipt to the above-mentioned corporation. The package was received and entered into t package was rejected pending more information.  spoke with Danielle Ayala via email and over the phone . On 11-7-2022 another package was sen information in the package. The package sent on both occassion's was to lawfull correct the birth records and name change. A certified copy Orderi unable to do the  Name Change and Correct the Race. I then spoke with Patsy Cortez on the 2nd package sent to Headquarters she stated she cou Das office and gave me her number to follow up. I have made numerous calls no return calls. I finally spoke with Denzel Lafton, he stated he did not him until I called Tara Das office back, he stated he did not locate my package . I then reached out to Cynthia E. Hernandez . She claimed she will l calls of the personal information package that was sent to them. My personal Information has been stolen and missing. My rights have been violater

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My rights have been violated by denying me the right to claim my lawful Nationality and to correct my records in the U system, which have damage me from birth with the mislabels and branding. Plaintiff seeks relief for damage in judgem and punitive damages of 500,000.00 the maxium per defendant this includes stolen and misplace personal records tha duration of my lifetime.Plaintiff moves for Default Judgement with Prejudice

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/25/2023

Signature of Plaintiff  *Nzingha-Bluefoot Dey de Propia Persona*
Printed Name of Plaintiff   Nzingha Bluefoot:Dey *de Propia Persona*

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



## OUR AUTHORITY

(COPY)
BOOK 521  PAGE 579
State of Illinois, Cook County  ss  No. 10105905
Filed for Record
CORPORATION.— Religious—Affidavit of Organization  Form No. 1099
STATE of ILLINOIS.
County of Cook

1928 AUG. 1 P M. 2 52
AND RECORDED IN
BOOK  PAGE
I, NOBLE DREW ALI,........................................Recorder
Salomen Jaconowkic
MOORISH HOLY TEMPLE OF SCIENCE...................held at
................Chicago...................in the County of COOK ..........
and State of Illinois, on the .........................20th ...............day of
..............July ................. A.D. 1928, for that purpose, the following person were appointed ................SHEIKS
.................................. according to the rules and usages of such MOORISH HOLY TEMPLE OF SCIENCE,
do solemnly swear that at a meeting of the members of the NOBLE DREW ALI, MEALY EL, SMALL BEY, LOVETT BEY and FOREMAN BEY, THE MOORISH Holy Temple Of Science deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of ALI in America. To appoint and consecrate Missionaries of the Prophet and to establish the Faith of Mohammed in America.

And said MOORISH HOLY TEMPLE OF SCIENCE adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA ..............................................
..............................................................................
And at said meeting, this affiant acted as Presiding Officer Subscribed and Sworn to Before me,
...............20th ...............day of
Drew Ali ...............................
............July ............... A.D. 1928
Roberts W. Cousull
Notary Public

See Hurd's Rev. Stat., Chap. 32, 36 *Or appointed *Or Wardens, vestrymen, or whatever name they may adopt.

SUPERIOR DE'JURE COURT OF THE STATE OF TEXAS
COUNTY OF DALLAS
WITHIN THE ADMIRALTY

17 Rajab 1444 MCY
February 13, 2023

EXHIBIT - A.

## CERTIFICATE OF MAILING
### (Proof of Service)

I, Nzingha Bluefoot Dey©, **HEREBY CERTIFY** that I am on this date serving a true, correct and complete copy of the foregoing: "Complain For Civil Case, Application to Proceed in District Court without Prepaying Fee's or Cost

Copy of Our Authority, Copy of Claim to Copyright for the Tax Exempt Number AA222141

_____" upon the party named below, in the manner of service described as follows:

Northern District of Texas Unites States District Court
501 W. 10th Street
Room 310
Fort Worth, Texas 76102-3673

Respondent/Receipient/Addressee

Service type: Certified Mail # 7021 0350 0000 0421 5480/ 9590 9402 7473 2055 0899 61

/S/ *Nzingha-Bluefoot Dey' In Propria Persona*
Signature of Party making service

SUBSCRIBED AND SWORN to before me this __13th__ day of __February__ __2023__. Witness My hand and official seal.

[Official seal]

7021 0350 0000 0421 5480

Northern District of Texas
United States District Court
501 West 10th Street
Room 310
Fort Worth, Texas 76102-3673

X-RAY

RECEIVED
FEB 16 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CONFIDENTIAL          CONFIDENTIAL

